GARY SLATTERY ET AL. *v.* AUGUST P. MAYKUT ET AL.
(No. 8217)

The defendants' motion to dismiss the plaintiffs' cross-appeal filed April 27, 1976, from the Superior Court in Fairfield County is granted.

*Helen F. Krause,* for the appellants (defendants).

No appearance for the appellees (plaintiffs).

Argued October 5—decided October 6, 1976

STATE OF CONNECTICUT *v.* ROBERT P. MARION

STATE OF CONNECTICUT *v.* MICHAEL P. TETREAULT

STATE OF CONNECTICUT *v.* HARRY E. COMAN

In the above-entitled matters, it is ordered that the defendant Coman file his brief on or before November 10, 1976, and that the state file its brief or briefs in all three cases on or before January 10, 1977.

*James J. Murphy, Jr.,* special public defender, for the appellant (defendant Marion).

*Vincent A. Laudone,* special public defender, for the appellant (defendant Tetreault).

*Harry S. Gaucher, Jr.,* state's attorney, for the appellee (state).

*Robert E. Pritchard,* special public defender, for the appellant (defendant Coman).